UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| TERESA HOUSTON HODGE, | ) |
| Plaintiff, | ) |
| v. | ) **JUDGMENT** |
| | ) No. 5:15-CV-248-FL |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | ) |
| Defendant. | ) |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of the parties' cross-motions for judgment on the pleadings and the memorandum and recommendation of the United States Magistrate Judge, to which defendant filed objections and plaintiff responded.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered August 4, 2016, and for the reasons set forth more specifically therein, that plaintiff's motion for judgment on the pleadings is granted and defendant's motion for judgment on the pleadings is denied. This matter is remanded to the Commissioner pursuant to sentence four of 42 U.S.C. § 405(g) for further proceedings.

**This Judgment Filed and Entered on August 4, 2016, and Copies To:**

Angela R. Cinski (via CM/ECF Notice of Electronic Filing)
Todd J. Lewellen (via CM/ECF Notice of Electronic Filing)

August 4, 2016                         JULIE RICHARDS JOHNSTON, CLERK
                                        /s/ Christa N. Baker
                                       (By) Christa N. Baker, Deputy Clerk